RAY KIM LAW, APC
Raymond Y. Kim (SBN 251210)
112 E. Amerige Avenue, Suite 240
Fullerton, CA 92832
Telephone: 833-729-5529
Facsimile: 833-972-9546
E-mail: ray@raykimlaw.com

Attorneys for Plaintiffs
Falon Ballard and Matthew Ballard

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Falon Ballard and Matthew Ballard, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Citadel Servicing Corporation, a/k/a Acra Lending; and DOES 1-5,<br><br>　　　　　Defendants. | Case No. 8:22-cv-01679-FWS-ADS<br><br>**STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Fred W. Slaughter<br>Ct. Rm.: 10D |

# STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and the parties' settlement, plaintiffs Falon Ballard and Matthew Ballard and defendant Citadel Servicing Corporation, a/k/a Acra Lending, by and through their respective counsel of record, hereby stipulate and agree that this action is dismissed in its entirety with prejudice. The parties further stipulate that the Court shall retain jurisdiction to enforce the terms of the parties' settlement.

    All parties that have appeared in this action have consented and agreed to the dismissal of this action pursuant to this Stipulation, and accordingly this dismissal is effective "without a court order" pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated:  October 9, 2024          RAY KIM LAW, APC

                                        */s/ Raymond Y. Kim*[1]
                                        Raymond Y. Kim
                                        Attorneys for Plaintiffs
                                        Falon Ballard and Matthew Ballard

                                       WRIGHT, FINLAY & ZAK, LLP

Dated:  October 9, 2024

                                   By:  */s/ Cathy K. Robinson*
                                         Cathy K. Robinson, Esq.
                                         Attorneys for Defendant
                                         CITADEL SERVICING CORPORATION

---

[1]     Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.